IN THE UNITED STATES BANKRUPTCY COURT
FOR THE JUDICIAL DISTRICT OF PUERTO RICO

IN RE:

MARILUZ SANTANA GONZALEZ

DEBTOR(S)

CASE NO.: 16-06165 MCF

CHAPTER 7

## STATEMENT OF CHAPTER 7 DEBTORS' STATEMENT OF INTENTION

TO THE HONORABLE COURT:

Come(s) debtor(s) represented by the undersigned attorney and most respectfully EXPOSE(S) and PRAY(S):

1. Debtor has filed a Chapter 7 Debtors' Statement of Intention.

I hereby certify that the information in the amended document is correct and the purpose of the amendment is to clarify the changed information.

/s/ MARILUZ SANTANA GONZALEZ

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, this 6th day of September 2016.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

/S/ JOSÉ A. LEÓN LANDRAU, ESQ.

JOSÉ A. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
P.O. Box 1687
Caguas, Puerto Rico 00626
Phone : (787) 746-7979
Fax : (787) 961-9348

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MARILUZ | SANTANA | GONZALEZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number  16-06165
(if known)

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AEELA**<br>Description of property securing debt: **SAVINGS AND DIVIDENS: AEELA SAVINGS AND DIVIDENDS** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **BANCO POPULAR DE PUERTO RICO**<br>Description of property securing debt: **2014 DODGE CHARGER** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **RELIABLE FINANCIAL SERVICES, INC**<br>Description of property: **2016 DODGE JOURNEY** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement. | ☐ No<br>■ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **MARILUZ SANTANA GONZALEZ**  Case number *(if known)*  **16-06165**

property securing debt:  ☐ Retain the property and [explain]:

---

Creditor's name: **SCOTIABANK**

Description of property securing debt: **URB. LA HACIENDA STREET MONSERRATE NO. 71 Caguas, PR 00725  Caguas County RESIDENCE WITH 4 BEDROOMS AND 2 BATHROOMS**

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

☐ No
■ Yes

---

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ MARILUZ SANTANA GONZALEZ**  
   **MARILUZ SANTANA GONZALEZ**  
   Signature of Debtor 1

X  _____  
   Signature of Debtor 2

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | MARILUZ SANTANA GONZALEZ | Case number *(if known)* | 16-06165 |

Date **September 6, 2016**              Date